crime of book-making, in violation of section 986 of the Penal Law, unanimously affirmed. The evidence clearly establishes that the defendant is guilty of a violation of section 986 in that he received money bet or wagered upon the result of a horse race. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL FRANZESE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of book-making in violation of section 986 of the Penal Law, unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY LIFSCHITZ, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of being a common gambler and "keeping a place for game of policy," and imposing sentence thereon, unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MASON, Appellant.— Appeal from a judgment of the County Court of Kings County convicting the defendant of the crime of robbery in the first degree and sentencing him to State prison. Judgment unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. PENN, Appellant.— Judgment of the County Court, Queens County, convicting the defendant of the crimes of robbery in the second degree, grand larceny in the second degree and assault in the second degree, unanimously affirmed. The guilt of the defendant was palpable and so convincingly proved that the alleged errors must be disregarded. (Code Crim. Pro. § 542.) Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN ROSEN-THAL, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of book-making, in violation of section 986 of the Penal Law, unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

RUTH R. ROSENBERG, Respondent, v. JESS H. ROSENBERG, Appellant. (Appeal No. 1.) — Appeal by defendant husband from an order granting plaintiff wife alimony and counsel fee in an action for separation. Order affirmed, without costs. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

RUTH R. ROSENBERG, Respondent, v. JESS H. ROSENBERG, Appellant. (Appeal No. 2.) — Appeal from an order granting plaintiff counsel fee and disbursements on an appeal by the defendant from an order granting alimony and counsel fee. Order insofar as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

TINA S. ROSINE et al., Respondents, v. RICHMOND COUNTY FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant.— Action to recover damages for personal injuries suffered when the tenant in a one-family house slipped and fell on a loose tread on the front porch steps, and for loss of services. Judgment, entered on the verdict of a jury in favor of plaintiffs, reversed on the law, with costs, and the complaint dismissed on the law, with costs. The facts are affirmed. As a matter of law the defective condition was discoverable upon